UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PROGRESSIVE PLAN ADMINISTRATORS, INC., and USI INSURANCE SERVICES, LLC     Plaintiff, <br><br> -v- <br><br> WILLIAM J. HUEBER, KINLOCH HOLDINGS, INC., GENATT ASSOCIATES, INC., et al.     Defendant. | Case No. 08 cv 2488 <br><br> **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_Plaintiff USI Insurance Services, LLC_ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: March 11, 2008

Signature of Attorney

Attorney Bar Code: FB4D7