UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PROGRESSIVE PLAN ADMINISTRATORS, INC., and
USI INSURANCE SERVICES LLC,

                                  Plaintiffs,

- against -

WILLIAM J. HUEBER, KINLOCH HOLDINGS, INC.,
GENATT ASSOCIATES, INC., and KINLOCH
CONSULTING GROUP, INC.,

                                  Defendants.
------------------------------------------------------------x

Case No.
08 Civ. 2488 (AKH)(KNF)

**ECF CASE**

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Blair C. Fensterstock, Esq., and Jeanne M. Valentine, Esq., of Fensterstock & Partners LLP, enter an appearance in this matter as counsel to Defendants KINLOCH HOLDINGS, INC., GENATT ASSOCIATES, INC., and KINLOCH CONSULTING GROUP, INC.

        Mr. Fensterstock and Ms. Valentine are admitted to practice in this Court.

Dated: New York, New York
       March 21, 2008

                                  FENSTERSTOCK & PARTNERS LLP

                By:      /s/ Jeanne M. Valentine
                                Jeanne M. Valentine (JV 3144)
                                Jvalentine@fensterstock.com

                                Blair C. Fensterstock (BF 2020)
                                Bfensterstock@fensterstock.com

                                30 Wall Street, 9th Floor
                                New York, New York 10005

                                (212) 785-4100

                                *Attorneys for Defendants*
                                *Kinloch Holdings, Inc., Genatt Associates,*
                                *Inc., and Kinloch Consulting Group, Inc.*