UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PROGRESSIVE PLAN ADMINISTRATORS, INC., and
USI INSURANCE SERVICES LLC,

                                    Plaintiffs,

   - against -

WILLIAM J. HUEBER, KINLOCH HOLDINGS, INC.,
GENATT ASSOCIATES, INC., and KINLOCH
CONSULTING GROUP, INC.,

                                    Defendants.
------------------------------------------------------------------x

Case No.
08 Civ. 2488 (AKH)(KNF)

**ECF CASE**

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Blair C. Fensterstock, Esq., and Jeanne M. Valentine, Esq., of Fensterstock & Partners LLP, enter an appearance in this matter as counsel to Defendant WILLIAM J. HUEBER.

       Mr. Fensterstock and Ms. Valentine are admitted to practice in this Court.

Dated: New York, New York
       April 3, 2008

                                FENSTERSTOCK & PARTNERS LLP

                    By: _/s/ Jeanne M. Valentine_
                          Jeanne M. Valentine (JV 3144)
                          Jvalentine@fensterstock.com

                          Blair C. Fensterstock (BF 2020)
                          Bfensterstock@fensterstock.com

                          30 Wall Street, 9th Floor
                          New York, New York 10005

                          (212) 785-4100

                          *Attorneys for Defendants William J. Hueber,*
                          *Kinloch Holdings, Inc., Genatt Associates,*
                          *Inc., and Kinloch Consulting Group, Inc.*