UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PROGRESSIVE PLAN ADMINISTRATORS, INC.,
and USI INSURANCE SERVICES LLC,

                Plaintiffs,

— against —

WILLIAM J. HUEBER, KINLOCH HOLDINGS,
INC., GENATT ASSOCIATES, INC., and
KINLOCH CONSULTING GROUP, INC.,

                Defendants.
-------------------------------------------------------x

Case No. 08 Civ. 2488 (AKH) (KNF)

ECF CASE

STIPULATION EXTENDING TIME
TO RESPOND TO THE COMPLAINT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

## STIPULATION OF EXTENSION OF TIME

THE PARTIES HEREBY STIPULATE that the time for defendants William J. Hueber, Kinloch Holdings, Inc., Genatt Associates, Inc., and Kinloch Consulting Group, Inc. to answer, move, or otherwise respond to the complaint in this action is extended to and including April 14, 2008.

Dated: New York, New York
April 3, 2008

HOLLAND & KNIGHT LLP

By: _____
Colleen A. Sorrell (CS ___)
195 Broadway
New York, NY 10007
(212) 513-3582

*Attorneys for Plaintiffs Progress Plan Administrator, Inc., and USI Insurance Services, LLC*

FENSTERSTOCK & PARTNERS LLP

By: _____
Jeanne M. Valentine (JV 3144)
Blair C. Fensterstock (BF 2020)

30 Wall Street, 9th Floor
New York, NY 10005
(212) 785-4100

*Attorneys for Defendants William J. Hueber, Kinloch Holdings, Inc., Genatt Associates, Inc., and Kinloch Consulting Group, Inc.*

SO ORDERED: 4-4-08

_____
Alvin K. Hellerstein, U.S.D.J.