## CERTIFICATE OF SERVICE

I, **JEANNE M. VALENTINE**, hereby certify that on April 14, 2008, I served the within **NOTICE OF MOTION, AFFIDAVIT OF BLAIR C. FENSTERSTOCK WITH ACCOMPANYING EXHIBITS and MEMORANDUM OF LAW IS SUPPORT THEREOF** upon the following:

>Frederick D. Braid, Esq.
>Colleen A. Sorrell, Esq.
>Holland & Knight LLP
>195 Broadway, 24th Floor
>New York, NY 10007-3189
>
>Attorneys for Plaintiffs

☒ by ECF filing and regular mail service to the address set forth above.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this **14th** day of **April, 2008** at New York, New York.

_____
JEANNE M. VALENTINE