UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

PROGRESSIVE PLAN ADMINISTRATORS, INC., and USI INSURANCE SERVICES LLC,

Plaintiffs,

v.

WILLIAM J. HUEBER, KINLOCH HOLDINGS, INC., GENATT ASSOCIATES, INC., and KINLOCH CONSULTING GROUP, INC.,

Defendants.

------------------------------------------------------------------x

Case No.
08 Civ. 2488 (AKH)(KNF)

**ECF CASE**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Blair C. Fensterstock, sworn to on April 14, 2008, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, and the pleadings herein, Defendants Kinloch Holdings, Inc., Genatt Associates Inc., and Kinloch Consulting Group, Inc. ("Moving Defendants"), will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, on May 14, 2008, at 10:00 am, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint as against the Moving Defendants.

Dated: New York, New York
April 14, 2008

FENSTERSTOCK & PARTNERS LLP

By: ______________________
Blair C. Fensterstock
Jeanne M. Valentine

30 Wall Street, 9th Floor
New York, New York 10005
Telephone: (212) 785-4100

*Attorneys for Defendants*