## **CERTIFICATE OF SERVICE**

I, JEANNE M. VALENTINE, hereby certify that on May 6, 2008, I served the within **REPLY MEMORANDUM OF LAW OF DEFENDANTS KINLOCH HOLDINGS, INC., GENATT ASSOCIATES, INC., AND KINLOCH CONSULTING GROUP, INC., IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS** upon the following:

> Frederick D. Braid, Esq.
> Colleen A. Sorrell, Esq.
> Holland & Knight LLP
> 195 Broadway, 24th Floor
> New York, NY 10007-3189
>
> Attorneys for Plaintiffs

☒ by ECF filing and regular mail service to the address set forth above.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this **6th** day of **May, 2008** at New York, New York.

_____
JEANNE M. VALENTINE