UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PROGRESSIVE PLAN ADMINISTRATORS, INC.,
and USI INSURANCE SERVICES LLC,

                Case No.
                08 Civ. 2488 (AKH)(KNF)

         Plaintiffs,

        v.                         **ECF CASE**

WILLIAM J. HUEBER, KINLOCH HOLDINGS, INC.,    **NOTICE OF MOTION**
GENATT ASSOCIATES, INC., and KINLOCH
CONSULTING GROUP, INC.,

         Defendants.
-----------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Blair C. Fensterstock, sworn to on April 14, 2008, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this motion, and the pleadings herein, Defendants Kinloch Holdings, Inc., Genatt Associates Inc., and Kinloch Consulting Group, Inc. ("Moving Defendants"), will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, on May 14, 2008, at 10:00 am, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint as against the Moving Defendants.

Dated: New York, New York
       April 14, 2008

                                            FENSTERSTOCK & PARTNERS LLP

                                            By: _____
                                                 Blair C. Fensterstock
                                                 Jeanne M. Valentine

                                                 30 Wall Street, 9th Floor
                                                 New York, New York 10005
                                                 Telephone: (212) 785-4100

                                                 Attorneys for Defendants

[Handwritten annotation across bottom of page: "The motion is denied. The pleadings are sufficient to allege the fraud, and the court claims for relief on the merits after can be revisited if necessary discovery in connection with a discovery dispute. 5/9/08"]

[Stamp: RECEIVED APR 15 2008 CHAMBERS OF ALVIN K. HELLERSTEIN]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/9/08]