## CERTIFICATE OF SERVICE

I, **JEANNE M. VALENTINE**, hereby certify that on July 3, 2008, I served the within **SECOND AMENDED ANSWER** upon the following:

Frederick D. Braid, Esq.
Colleen A. Sorrell, Esq.
Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189

Attorneys for Plaintiffs

☒ by regular mail service to the address set forth above.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this **3rd** day of **July, 2008** at New York, New York.

_____
JEANNE M. VALENTINE